LIDA S. GARTON, Doing Business as MRS. J. GITLOW GARTON, Respondent, v. JANE CAMPBELL, Appellant, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of HOFFMAN-MASCHI, INC., Judgment-Creditor-Respondent, against KESBY CONSTRUCTION CORP., Judgment-Debtor. TREASURER OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Adel, Acting P. J., Wenzel, Mac-Crate, Schmidt and Beldock, JJ.

In the Matter of FRANCIS X. McGLYNN, an Attorney. BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., Petitioner.— The issues of fact arising upon the petition and answer are referred to Honorable FRANCIS G. HOOLEY, Official Referee (in place of Honorable WILLIAM R. WILSON, Official Referee, retired) for hearing and report. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Sole Surviving Successor Trustee, and HAROLD F. LE BARON et al., as Executors of MAUDE E. LE BARON, Deceased Trustee under the Will of ALFRED H. SMITH, Deceased. ANNE C. E. S. WATEROUS, Respondent; LEONARD P. LEVY et al., Appellants.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion to resettle order denied, without costs. (See Civ. Prac. Act, §§ 83, 480.) Motion to stay the trustee from making any payments pursuant to the order of this court dated October 20, 1952, pending determination of appeal to Court of Appeals, granted upon condition that, within ten days after entry of the order hereon, the moving party file an undertaking for $20,000, with corporate surety, to pay to the appellants in this court any deficiency which may arise in the event the funds in the hands of the trustee are not sufficient to enable him to pay to the said appellants the total sum, plus interest and costs, to which they ultimately shall become entitled in this proceeding. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 280 App. Div. 947; post, p. 846.]

In the Matter of the Accounting of RUTH G. WEILER, as Administratrix of the Estate of MORTON W. WEILER, Deceased, Respondent. CHARLES GOLDMAN et al., Comprising the Partnership of GOLDMAN, EVANS & GOLDMAN, Appellants; RUTH G. WEILER, Individually et al., Respondents.— Motions referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. (No. 81.) Motion for reargument denied, without costs. (No. 92.) Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel and Wenzel, JJ. [See ante, p. 703.]